UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

                                        NO. CIV. S-03-68 LKK/GGH

            Plaintiff,

      v.

MASSACHUSETTS MUTUAL LIFE                  O R D E R
INSURANCE COMPANY, a
Massachusetts corporation,

            Defendant.
                                        /

     The court is in receipt of the parties' stipulation for an order continuing the hearing on defendant's motion for partial summary judgment.  The court hereby makes the following ORDERS:

     1.  The hearing on defendant's motion for partial summary judgment presently scheduled before the court is CONTINUED to July 18, 2005 where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

     2.  No new law and motion matters will be entertained by the Court after June 30, 2005.

////

1

1     3.  Plaintiff shall electronically file and serve any

2 opposition papers to defendant's motion for partial summary

3 judgment by no later than June 24, 2005.

4     4.  Defendant shall electronically file and serve any reply

5 to plaintiff's opposition by no later than July 1, 2005.

6     5.  All parties shall e-mail a copy of their briefs in Word

7 or Wordperfect format to Tim Hinkle, Judicial Assistant, at

8 thinkle@caed.uscourts.gov.

9     6.  The Pretrial Conference scheduled for October 3, 2005

10 at 2:00 p.m., and the start of trial scheduled for January 10,

11 2006, shall remain unchanged.

12     7.  All remaining deadlines set forth in this Order may

13 only be revised by further order of this court.

14     IT IS SO ORDERED.

15     DATED:  May 27, 2005.

16                     /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON

17                            SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26