Robert L. Sallander Jr., SBN 118352
Dean C. Burnick, SBN 146914
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone:     (925)866-1000
Facsimile:     (925)830-8787

Attorneys for Plaintiff
MARCIA STARR-GORDON

Robert R. Pohls, (California Bar #131021)
POHLS AND ASSOCIATES
One Walnut Creek Center
100 Pringle Avenue Suite 235
PHONE: (925) 937-1773
FAX: (925) 937-1763

Peter E. Romo, Jr., (California Bar #38925)
Robin Hardy, (California Bar #192489)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
PHONE: (415) 397-2823
FAX: (415) 397-8549

John P. Hooper, *Pro Hac Vice*
Stephen M. Prignano, *Pro Hac Vice*
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, NY 10022

Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA STARR-GORDON,<br><br>            Plaintiff,<br><br>    vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1-100,<br><br>            Defendants | Case No.: 03-CV-68 LKK (GGH)<br><br>STIPULATION FOR ORDER REGARDING AUTHENTICITY AND FOUNDATION OF DOCUMENTS PRODUCED BY DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY |

**Purpose:** This stipulation is entered into by and between Plaintiff Marcia Starr-Gordon ("Plaintiff") and Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), sometimes collectively referred to as "the parties", for the purpose of avoiding certain deposition discovery and to conserve trial time by stipulating to certain evidentiary issues regarding documents produced in this litigation by MassMutual.

**Applicability:** Except as otherwise limited, this stipulation shall apply to all claim file documents that MassMutual has produced, is in the process of producing or may hereafter produce related to claims for disability benefits made to MassMutual by insureds other than Plaintiff ("Colonial Life Documents"). At present, the Colonial Life Documents encompassed by this Stipulation consist of Bates Nos. 3000 to 19302; 19336 to 26467; 26648 to 30326; and 47637 to 61654.

**Authenticity:** All documents to which this stipulation applies are stipulated to be authentic and the requirement for identification or authentication of all documents is satisfied under Rule 901 of the Federal Rules of Evidence.

**Hearsay:** To the extent any of the documents to which this stipulation applies are offered into evidence to prove the truth of the matter(s) asserted in them, the parties stipulate that the documents fall within the exception to the hearsay rule set forth in Rule 803(6) of the Federal Rules of Evidence.

**Originals:** Duplicates of the documents to which this stipulation applies are admissible to the same extent as their originals under Rule 1003 of the Federal Rules of Evidence.

**Other Objections Preserved:** Except with respect to the specific agreements referenced above concerning the admissibility of the Colonial

Life Documents under Rules 901, 803(6) and 1003 of the Federal Rules of Evidence, all other objections by MassMutual with regard to the admissibility of said documents, including but not limited to objections based on relevance, compound or double hearsay, or based on the considerations set forth in Rule 403 of the Federal Rules of Evidence, are preserved and retained, and nothing herein shall be construed to restrict or limit MassMutual's ability to interpose such objections at the time of trial.

**Forbearance of Right to Depositions:** In consideration of and in reliance upon the stipulations set forth herein, Starr-Gordon withdraws the notices of taking deposition of MassMutual, issued pursuant to Federal Rules of Civil Procedure Rule 30(b)(6), with respect to all Colonial Life Documents, and agrees not to seek depositions of any present or former MassMutual employees with regard to the Colonial Life Documents.

The parties have entered into this stipulation in good faith, and not for reasons of delay or any other improper purpose.

DATED: April __, 2005                EDWARDS & ANGELL LLP


                                     By
                                     Stephen M. Prignano, Esq.
                                     Attorneys for Defendant
                                     MASSACHUSETTS MUTUAL LIFE
                                     INSURANCE COMPANY


DATED: April __, 2005                GREENAN, PEFFER,
                                     SALLANDER & LALLY LLP


                                     By:_____
                                     Dean C. Burnick, Esq.
                                     6111 Bollinger Canyon Rd., Ste. 500
                                     Post Office Box 10

San Ramon, California 94583-0010
ATTORNEYS FOR PLAINTIFF
MARCIA STARR-GORDON

## **ORDER**

IT IS SO ORDERED.

Date: 6/15/05               /s/ Gregory G. Hollows
                            _____
                            United States District Court
                            Eastern District of California

starr68.ord06