UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        Plaintiff,

   v.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts corporation,

        Defendant.
_____/

NO. CIV. S-03-68 LKK/GGH

O R D E R

    The court is in receipt of the parties' stipulation and request to extend the court's law and motion deadline for the second time for the purpose of hearing defendant's motion for summary judgment.

    Counsel's belief that his notice of unavailability four court days before hearing is sufficient and that the court can conduct a Pretrial Conference just six weeks after hearing and submission of a motion for summary judgment motion is misplaced, at best. The court has expended substantial resources in preparation for hearing on July 18, 2005 and the parties'

1

1  request is DENIED.
2      If the parties wish to waive oral argument on defendant's
3  motion, the court will entertain a request to submit the matter
4  on the papers and pleadings previously filed.
5      IT IS SO ORDERED.
6      DATED: July 12, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2