UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        NO. CIV. S-03-68 LKK/GGH

    Plaintiff,

   v.

MASSACHUSETTS MUTUAL LIFE        O R D E R
INSURANCE COMPANY, a
Massachusetts corporation,

    Defendant.
                                  /

On July 18, 2005, the parties appeared before the court on the Law and Motion Calendar pursuant to defendant's motion for summary adjudication. The parties represented to the court that plaintiff's claim brought under the Cal. Bus. & Prof. Code §§ 17200, et seq., should not be adjudicated because the California Supreme Court has yet to decide an issue which bears on how the court should rule on this case.[1]

---

[1] The California Supreme Court is currently deciding whether Proposition 64, enacted by California voters in November 2004, applies to Bus. & Prof. Code §§ 17200, et seq., cases pending at the time the Proposition was passed.

1

1  Accordingly, the court hereby ORDERS as follows:
2      1.  A determination of defendant's motion is continued
3  through September 30, 2005.
4      2.  On October 1, 2005, defendant shall file a letter
5  notifying the court whether the California Supreme Court has
6  issued an opinion as to Proposition 64's effect on Bus. & Prof.
7  Code §§ 17200, et seq. and whether, under the circumstances, a
8  vacation of the present dates and stay is appropriate.
9  Plaintiff shall respond within five (5) days thereafter.
10     IT IS SO ORDERED.
11     DATED:  July 19, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2