UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        Plaintiff,

   v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, a
Massachusetts corporation,

        Defendant.
_____/

NO. CIV. S-03-68 LKK/GGH

O R D E R

The court is in receipt of the parties' letter requesting clarification of the court's order issued on July 19, 2005. Specifically, the parties seek clarification concerning whether the action is presently stayed pending the court's receipt of the reports of counsel.

////

////

////

////

////

1

1    The court's July 19, 2005 order stated that "[a]
2 determination of defendant's motion is continued through
3 September 30, 2005."  Through such order, the court intended to
4 stay all matters through September 30, 2005.
5    IT IS SO ORDERED.
6    DATED:  August 15, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT