```
Robert L. Sallander Jr., SBN 118352
Dean C. Burnick, SBN 146914
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA 94583
Telephone:   (925)866-1000
Facsimile:   (925)830-8787

Attorneys for Plaintiff
MARCIA STARR-GORDON

Robert R. Pohls, (California Bar #131021)
POHLS AND ASSOCIATES
One Walnut Creek Center
100 Pringle Avenue Suite 235
PHONE: (925) 937-1773
FAX: (925) 937-1763

Peter E. Romo, Jr., (California Bar #38925)
Robin Hardy, (California Bar #192489)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
PHONE: (415) 397-2823
FAX: (415) 397-8549

John P. Hooper, Pro Hac Vice
Stephen M. Prignano, Pro Hac Vice
EDWARDS & ANGELL, LLP
750 Lexington Avenue
New York, NY 10022

Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA STARR-GORDON,<br><br>        Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1-100,<br><br>        Defendants<br>_____ | ) Case No.: 03-CV-68 LKK (GGH)<br>)<br>) **SECOND STIPULATION FOR ORDER**<br>) **ESTABLISHING AUTHENTICITY AND**<br>) **FOUNDATION OF DOCUMENTS**<br>) **PRODUCED BY DEFENDANT**<br>) **MASSACHUSETTS MUTUAL LIFE**<br>) **INSURANCE COMPANY IN RESPONSE**<br>) **TO REQUESTS FOR THE PRODUCTION**<br>) **OF DOCUMENTS SETS 1, 5 AND 6, OR**<br>) **INTRODUCED AT SELECT**<br>) **DEPOSITIONS**<br>) |

1. **Purpose:** This stipulation is entered into by and between Plaintiff Marcia Starr-Gordon ("Plaintiff") and Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), sometimes collectively referred to as "the parties", for the purpose of avoiding certain deposition discovery and to conserve trial time by stipulating to certain evidentiary issues regarding documents produced in this litigation by MassMutual.

2. **Applicability:** Except as otherwise limited, this stipulation shall apply to all documents produced by MassMutual and introduced as exhibits at the October 2004 depositions of Darci Stevens, Paul Montanari, Donald Hacker, D.C., Dennis Gordan, M.D., and David Feingold, M.D., and to all documents that MassMutual has produced, is in the process of producing or may hereafter produce, responsive to Plaintiff's First Set of Requests for Production of Documents (Nos. 1-17), Fifth Set of Request for Production of Documents (Nos. 28-51), and Sixth Set of Requests for Production of Documents (Nos. 52-67).

3. **Authenticity:** All documents to which this stipulation applies are stipulated to be authentic and the requirement for identification or authentication of all documents is satisfied under Rule 901 of the Federal Rules of Evidence.

4. **Hearsay:** To the extent any of the documents to which this stipulation applies are offered into evidence to prove the truth of the matter(s) asserted in them, the parties stipulate that the documents fall within the exception to the hearsay rule set forth in Rule 803(6) of the Federal Rules of Evidence.

5. **Originals:** Duplicates of the documents to which this stipulation applies are admissible to the same extent as their originals under Rule 1003 of the Federal Rules of Evidence.

///
///
///
///

6. **Other Objections Preserved:** Except with respect to the specific agreements referenced above concerning admissibility under Rules 901, 803(6) and 1003 of the Federal Rules of Evidence, all other objections by MassMutual with regard to the admissibility of said documents, including but not limited to objections based on relevance, compound or double hearsay, or based on the considerations set forth in Rule 403 of the Federal Rules of Evidence, are preserved and retained, and nothing herein shall be construed to restrict or limit MassMutual's ability to interpose such objections at the time of trial.

7. **Forbearance of Right to Depositions:** In consideration of and in reliance upon the stipulations set forth herein, Plaintiff hereby waives its right to take the depositions of MassMutual's witnesses pursuant to Federal Rules of Civil Procedure Rule 30(b)(6) responsive to Categories (1)(A) through (1)(J), and (1)(L) through (5), and hereby waives it right to obtain documents responsive to Categories 1 through 10 and 12 through 17 of the of the Amended Notice of Deposition attached hereto, marked Exhibit "A" and incorporated herein by this reference. With respect to the categories of testimony and documents identified above, Plaintiff agrees not to seek depositions of any present or former MassMutual employee concerning their subject matter, or the authenticity or foundation of the documents which form the subject of the Stipulation for Order.

The parties have entered into this stipulation in good faith, and not for reasons of delay or any other improper purpose.

DATED: October __, 2005                            EDWARDS & ANGELL LLP


                                                   By /signature on original
                                                   Stephen M. Prignano, Esq.
                                                   Attorneys for Defendant
                                                   MASSACHUSETTS MUTUAL LIFE
                                                   INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: October __, 2005 | GREENAN, PEFFER,<br>SALLANDER & LALLY LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /signature on original<br>Dean C. Burnick, Esq.<br>6111 Bollinger Canyon Rd., Ste. 500 |
| 5 | | Post Office Box 10<br>San Ramon, California  94583-0010 |
| 6 | | ATTORNEYS FOR PLAINTIFF MARCIA<br>STARR-GORDON |
| 7 | | |
| 8 | | **ORDER** |
| 9 | IT IS SO ORDERED. | |
| 10 | Date:  October 4, 2005 | /s/Lawrence K. Karlton<br>Senior Judge |
| 11 | | Eastern District of California |