UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        NO. CIV. S-03-68 LKK/GGH

    Plaintiff,

  v.

MASSACHUSETTS MUTUAL LIFE         O R D E R
INSURANCE COMPANY, a
Massachusetts corporation,

    Defendant.
_____/

On July 18, 2005, the parties appeared before the court pursuant to defendant's motion for summary adjudication. By order dated July 19, 2005, the court stayed all matters and ordered the parties to file a letter notifying the court whether the California Supreme Court has issued an opinion as to Proposition 64's effect on Cal. Bus. & Prof. Code §§ 17200, et seq. and whether under the circumstances, a vacation of the present dates and stay is appropriate.

The court is in receipt of the parties' correspondences regarding this matter.

1

The court hereby ORDERS as follows:

1. The parties are permitted to complete the pending discovery, but the case is STAYED in all other respects; and

2. All dates are VACATED. A Status Conference is SET for December 19, 2005 at 10:30 a.m. The parties are reminded of their obligations to file status reports ten days prior to the conference.

IT IS SO ORDERED.

DATED: October 18, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT