UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        Plaintiff,

    v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, a
Massachusetts corporation,

        Defendant.

                                 /

NO. CIV. S-03-68 LKK/GGH

O R D E R

Pending before the court is defendant's motion for summary adjudication, which was scheduled for hearing on the court's July 18, 2005 Law and Motion calendar. The court has stayed the entire matter pending the California Supreme Court's decision in Californians for Disability Rights v. Mervyns LLC, S131798, although the parties were allowed to continue with pending discovery.

////

////

////

1

1    Because the Supreme Court has yet to rule on <u>Mervyns</u>, the
2  court hereby DENIES defendant's motion for summary adjudication
3  without prejudice.[1]
4    IT IS SO ORDERED.
5    DATED:  February 22, 2006.

                                   /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

---

[1] The court has contacted the Clerk's Office of the California Supreme Court and the earliest that <u>Mervyns</u> may be heard is in April 2006. The Supreme Court has ninety days from oral argument to issue their decision. If appropriate, defendant may refile or renotice the motion for summary adjudication at a later date.

2