UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        Plaintiff,

   v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, a
Massachusetts corporation,

        Defendant.

                                    /

NO. CIV. S-03-68 LKK/GGH

O R D E R

A hearing on defendant's motion for partial summary judgment is currently scheduled for October 23, 2006 at 10:00 a.m. Pursuant to Local Rule 78-230, the defendant was required to personally serve this motion on plaintiff not less than twenty-eight (28) days prior to this date, i.e., by September 25, 2006. While the notice of the motion was served on plaintiff by this date, the actual motion was not served until September 26, 2006.

Accordingly, counsel for defendant is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days from the effective

date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for failure to timely serve plaintiff in accordance with Local Rule 78-230.  The hearing set for October 23, 2006 at 10:00 a.m. remains on calendar.

    IT IS ORDERED.

    DATED: September 28, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT