UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        Plaintiff,

    v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, a
Massachusetts corporation,

        Defendant.
_____/

NO. CIV. S-03-68 LKK/GGH

O R D E R

        The court is in receipt of plaintiff's request for a continuance of the hearing on defendant's partial motion for summary judgment currently set for October 23, 2006 and defendant's opposition to the same. Continuing the hearing would require the court to change the pretrial and trial dates. Plaintiff has stated that she withdraws the request if it would require postponement of the trial date. Accordingly, the court

////

////

////

1

1  orders that the request is DENIED.
2       IT IS SO ORDERED.
3       DATED: October 4, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2