UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA STARR-GORDON,

        NO. CIV. S-03-68 LKK/GGH

    Plaintiff,

  v.

MASSACHUSETTS MUTUAL LIFE         O R D E R
INSURANCE COMPANY, a
Massachusetts corporation,

    Defendant.
_____/

    On September 29, 2006, the court ordered counsel for defendant to show cause why sanctions should not be imposed for failure to timely serve plaintiff with its motion for summary judgment.  The court is in receipt of counsel's response.  Good cause shown, the order to show cause is DISCHARGED.  The deadline for plaintiffs's opposition or statement of non-opposition remains the same, pursuant to Local Rule 78-230(c).

    IT IS SO ORDERED.

    DATED: October 5, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT