Robert L. Sallander Jr. (SBN 118352)
Dean C. Burnick (SBN 146914)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys For Plaintiff MARCIA STARR-GORDON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA STARR-GORDON,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1-100,<br><br>Defendants. | Case No.: 03-CV-68 LKK (GGH)<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULES 16-160 AND 16-272**<br><br>Trial Date: April 10, 2007 |

Pursuant to Civil Local Rules 16-160 and 16-272, Plaintiff Marcia Starr-Gordon ("Plaintiff"), through her counsel of record, hereby provides notice to the Court as follows:

1. Plaintiff Marcia Starr-Gordon ("Plaintiff") and Defendant Massachusetts Mutual Life Insurance Company ("Defendant") (collectively, "the Parties") have reached a confidential conditional settlement in the above-referenced matter.

2. The Parties have agreed to the performance of the terms of the confidential settlement on or before January 31, 2007.

///

///

///

3. Should all terms of the Settlement Agreement be performed by January 31, 2007, the Parties should be able to file, on or before February 15, 2007, a stipulation for order of dismissal of the entire action, with prejudice, with each party to bear its own attorney's fees and costs.

4. Plaintiff therefore respectfully submits that good cause exists under Local Rule 16-160(b) to permit all dispositional documents to be filed by no later than February 15, 2007.

Dated: January 5, 2006

GREENAN, PEFFER, SALLANDER & LALLY, LLP

By: /s/ Dean C. B.
Dean C. Burnick
Attorneys for Plaintiff Marcia Starr-Gordon